**Jesse R. LANCE, Plaintiff—Appellant,**

**v.**

**Jimmy Wilson CAGLE, Defendant—Appellee.**

No. 07–1503.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 15, 2007.

Jesse R. Lance, Appellant Pro Se.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse R. Lance appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1981 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lance v. Cagle,* No. 2:07–cv–00726–SB, 2007 WL 1219667 (D.S.C. filed Apr. 23, 2007 & entered Apr. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*